IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LEGRAND P. BELNAP, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SALT LAKE REGIONAL MEDICAL CENTER, L.P., <br><br> Defendant. | MEMORANDUM DECISION and ORDER GRANTING MOTION TO WITHDRAW <br><br> Case No. 2:14-cv-00086 <br><br> District Judge David Barlow <br><br> Chief Magistrate Judge Dustin B. Pead |

Counsel for Plaintiff moves the court to reconsider its prior decision denying the Motion to Withdraw.[1] (ECF No. 84.) A motion to reconsider may be warranted upon a showing of: (1) an intervening change in the controlling law; (2) new evidence previously unavailable; or (3) the need to correct clear error or prevent manifest justice. *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir.2000). *See also Lyons v. New Mexico Dept. of Corrections*, 12 Fed. Appx. 772, 773 (10th Cir.2001). In considering the new evidence offered by counsel, the court will reconsider the motion to withdraw.

Having reviewed the new materials, including the background of the subject matter of this litigation, the court finds good cause for allowing counsel to withdraw. Accordingly, Plaintiff's Counsel's Motion to Withdraw is GRANTED.

As to Plaintiff's continued representation, the Court ORDERS as follows:

For individual parties: Plaintiff or new counsel for Plaintiff must file a Notice of

---

[1] The case is referred to the undersigned in accordance with 28 U.S.C. § 616(b)(1)(A) from Judge Barlow. The court elects to decide the motions on the basis of the written memoranda. DUCivR 7-1.

Appearance within twenty-one (21) days after the entry of this order. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

DATED this 22 January 2021.

_____
Dustin B. Pead
United States Magistrate Judge